Eastern District of Kentucky
**FILED**

JUN 23 2023

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF KENTUCKY
### NORTHERN DIVISION
### COVINGTON

**CIVIL ACTION NO. 2:23-CV-57-DLB-CJS**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**V.**

**$21,500.00 IN UNITED STATES CURRENCY**                **DEFENDANT**

\*      \*      \*      \*      \*

### CLAIM

Mimi Chang, claimant herein, proceeding *pro se,* herewith claims ownership of the property named as defendant herein.

1.      Mimi Chang claims ownership of the $21,500.00 in currency named as defendant *in rem* in this proceeding, which was taken from her possession by government agents on or about January 20, 2023, and described in the affidavit accompanying the *Complaint* (ECF 1-2) filed in this proceeding.

2.      Mimi Chang, whose residence is 5116 Pebblevalley Drive, Cincinnati, Ohio 45252, aggregated the subject $21,500.00 from funds provided to her by her sister, Nikki Chang,

and her mother, Jean Chang, for purposes that included her traveling to Los Angeles and remaining there for an indefinite period of two to four weeks for continuing treatment at a fertility clinic.

3.     The subject $21,500.00 did not represent the proceeds of any unlawful activity, nor was it intended to be used in furtherance of any unlawful activity.

The foregoing statements of fact are true, under penalty of perjury.


Executed June 22, 2023

Mimi Chang
5116 Pebblevalley Drive
Cincinnati, Ohio 45252
Phone: 513-600-6600

CERTIFICATE OF SERVICE

I herewith certify pursuant to 28 U.S.C. § 1746 that I have transmitted a manually signed

original of the foregoing *Claim* by causing the same to be sent through a commercial overnight

delivery service, postage prepaid, addressed to the following:

Clerk of Court
United States District Court for the
   Eastern District of Kentucky
35 West 5th Street
Covington, KY  41011

and I have served a true and complete copy of the same by depositing said document by first-class

mail, postage prepaid, addressed to the following:

John M. Spires
Assistant U.S. Attorney
United States Attorney's Office
260 West Vine Street
Suite 300
Lexington, KY  40507

The foregoing statements are true under penalty of perjury.

Executed June 22, 2023

_____
      Mimi Chang