**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**

Eastern District of Kentucky
FILED
SEP 15 2023
AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**CIVIL ACTION NO. 2:23-cv-57-DLB-CJS**

**UNITED STATES OF AMERICA**             **PLAINTIFF**

**VS.**             **DECREE AND**
**FINAL ORDER OF FORFEITURE**

**$21,500.00 IN UNITED STATES CURRENCY**             **DEFENDANT**

\* \* \* \* \* \*

On May 2, 2023, a Verified Complaint for Forfeiture *In Rem* against the Defendant currency, was filed on behalf of the Plaintiff, United States of America. The Complaint alleges that the Defendant currency was used or intended to be used in exchange for controlled substances or was used or intended to be used to facilitate a violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801 *et seq.*, and is therefore subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

It appearing that process was fully issued in this action and returned according to law:

1. The Warrant of Arrest *In Rem* issued on May 2, 2023, was duly executed by the custodian of the seized currency;

2. Direct notice and a copy of the complaint were served upon Mimi Chang, who filed a verified claim and answer in this action;

3. Notice was posted on an official internet government forfeiture site for 30 consecutive days, in compliance with Supplemental Rule G(4)(b)(iv)(C).

All other persons interested in the defendant property were required to file their claims with the Clerk of the Court no later than 60 days after the first day of publication on the official internet government forfeiture site. No other claim to the seized currency was filed.

NOW, THEREFORE, on Motion of the Plaintiff, United States of America, and the Court being sufficiently advised, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That in accordance with the settlement agreement, $16,500.00 of the Defendant currency is forfeited to the United States of America and no right, title or interest in the property shall exist in any other party.

2. The United States shall return $5,000.00 to Mimi Chang.

3. That the forfeited property shall be disposed of according to law.

4. That no additional action is required, and this matter is dismissed and stricken from the active docket.

This the 15th day of September, 2023.



Signed By:
*David L. Bunning*
United States District Judge